Zuazo, Promovente y Apelada, *v.* Molina et al., Opositores y Apelantes.

Apelación procedente de la Corte de Distrito de Arecibo en un expediente de dominio.

Moción de la parte apelada para que se reconsidere la reso- lución de esta corte de abril 29, 1914, denegando una mo- ción para desestimar la apelación.

No. ——.—Resuelto en reconsideración en mayo 22, 1914.

Desestimación de Apelación—Reconsideración de la Resolución Denegando la Desestimación—Alegación de Nuevos Hechos en la Reconsidera- ción.—Denegada una moción para que se desestime una apelación no puede pedirse la reconsideración de dicha resolución alegando nuevos hechos que no fueron expuestos en dicha moción.

Los hechos están expresados en la resolución.

Abogado de la apelada: *Sr. Valentín Polanco de Jesús.*

POR CUANTO la parte apelada presentó moción acompañada de una certificación del Secretario de la Corte de Distrito de Arecibo, para que se desestimase esta apelación porque en el escrito de apelación no constaba que la parte contraria fuera notificada del mismo, y porque no se había presentado en la corte inferior un proyecto de exposición del caso.

POR CUANTO dicha moción fué denegada en resolución de esta corte de 29 de abril último por no estar justificado satisfactoriamente si la parte apelada fué o nó notificada del escrito de apelación, y por no ser la falta de presentación del proyecto de exposición del caso por sí sola motivo bastante para desestimar una apelación.

POR CUANTO la parte apelada ha solicitado reconsideración de la anterior resolución acompañando nueva certificación más expresiva del Secretario de la Corte de Distrito de Arecibo para justificar la falta de notificación del escrito de apelación, y alegando también otro tercer motivo para la desestimación del recurso, a saber, la no presentación en esta Corte Suprema de la transcripción del récord dentro del término señalado por la ley.

POR CUANTO una moción de reconsideración ha de discutirse y resolverse teniendo en cuenta lo alegado y probado al dictarse la resolución de cuya reconsideración se trata, sin que sea permitido variar los términos del debate judicial por medio de nuevas alegaciones y pruebas, como sucede en el presente caso.

POR CUANTO la resolución de 29 de abril último se ajusta a las alegaciones y pruebas que mostraban los autos en la fecha en que fué dictada.

POR TANTO, visto el caso de *Oronoz Rodón* v. *Montalvo et al.,* resuelto en 28 de abril próximo pasado.

SE DESESTIMA la moción de reconsideración sin perjuicio del derecho que asista a la parte apelada para presentar nueva moción de desestimación del recurso con notificación a la parte contraria.

*Denegada la reconsideración solicitada.*

Jueces concurrentes: Sres. Presidente Hernández y Asociados Wolf, del Toro y Aldrey.

El Juez Asociado Sr. Hutchison no tomó parte en la resolución de esta moción.